UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA KAPISI,

    Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA; et al.,

    Defendants.
                                     /

No. C 08-4314 SI (pr)

**ORDER OF DISMISSAL**

On March 3, 2009, mail was sent to plaintiff at the address she provided to the court and was returned undelivered on March 11, 2009. The envelope was marked "not in custody" as the reason for the return. (Docket # 8.) Plaintiff has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding pro se must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when her address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a pro se party is returned as not deliverable and the pro se party fails to send a current address within sixty days of the return of the undelivered mail. For the foregoing reasons, this action is dismissed without prejudice because plaintiff failed to keep the court informed of her address in compliance with Local Rule 3-11(a).

IT IS SO ORDERED.

Dated: May 13, 2009

                                                        SUSAN ILLSTON
                                                  United States District Judge