**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA KAPISI, | No. C 08-4314 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA; et al., | |
| Defendants. / | |

This action is dismissed without prejudice because plaintiff did not keep the court informed of her current address.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 13, 2009

_____
SUSAN ILLSTON
United States District Judge